COMMONWEALTH of Pennsylvania,
Appellee

v.

**C.A.K., a Minor, Appellant.**

Supreme Court of Pennsylvania.

Feb. 20, 2001.

Dennis Arthur Alessi, York, for C.A.K.

Craig S. Brooks, Pittsburgh, Mark David Fetterman, West Grove, for the Com. of PA, appellee.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

AND NOW, this 20th day of February, 2001, this appeal is dismissed as having been improvidently granted.

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**James Francis PEARN, Jr., Respondent.**

No. 637 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

Dec. 28, 2000.

### ORDER

PER CURIAM.

AND NOW, this 28th day of December, 2000, upon consideration of the Report and Recommendations of the Disciplinary Board dated October 26, 2000, it is hereby

ORDERED that James Francis Pearn, Jr., be and he is suspended from the Bar of this Commonwealth for a period of three years, and he shall comply with all the provisions of Rule 217, Pa.R.D.E. It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.